**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1331**

---

THOMAS T. SCAMBOS, JR.,

Plaintiff - Appellant,

versus

COMPUTER MANAGEMENT SERVICES, INCORPORATED; AL
DEMAGNUS; SHARON DEMAGNUS; ROSENBERG, PROUT,
FUNK & GREENBERG; EUGENE FUNK; NATIONAL INSTI-
TUTES OF HEALTH, jointly and severally, in
their individual capacities,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-3288-PJM)

---

Submitted: July 2, 1998          Decided: July 21, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas T. Scambos, Jr., Appellant Pro Se.  Gerard Joseph Gaeng, Shawn Jeffrey Sefret, ROSENBERG, PROUTT, FUNK & GREENBERG, L.L.P., Baltimore, Maryland; Alvin Ira Frederick, ECCLESTON & WOLF, Baltimore, Maryland; Lynne Ann Battaglia, United States Attorney, Albert David Copperthite, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his employment discrimination and civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Scambos v. Computer Mgmt. Servs., Inc., No. CA-97-3288-PJM (D. Md. Jan. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED